THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES GLENN, Appellant, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.

(October 19, 1967)

ESTELA YSMACH, Individually and as Executrix of JOSEPH YSMACH, Deceased, Appellant, v. LILLIAN S. FRIEDMAN et al., Respondents. HARRY SONES, as Preliminary Executor of SARAH YSMACH, Deceased, Respondent, v. HENRY LEVINE, Appellant, et al., Defendants.— MEMORANDUM BY THE COURT.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES BATES, Appellant, v. NEW YORK STATE DEPARTMENT OF CORRECTION et al., Respondents.—

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID KAUFFMAN, Relator, v. CHARLES L. McKENDRICK, as Superintendent of Catskill Reformatory, Respondent

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.

(October 24, 1967)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED VISCONTI, Appellant, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent. — *Per Curiam.*

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam*.